# United States Bankruptcy Court
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Melvin Ray McGill**<br>703 Alger SE<br>Grand Rapids, MI 49507<br>SSN: xxx–xx–4728<br><br>Debtor(s) | Case Number 07–02752–jrh<br><br>Chapter 7<br><br>Honorable Jeffrey R. Hughes |

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file a Certification of Completion of Instructional Course Concerning Personal Financial Management in compliance with 11 U.S.C. § 727(a)(11) & § 1328(g) and BR 1007(b)(7). If the debtor(s) wish to reopen the case to allow the filing of Financial Management Course Certificate, an appropriate motion must be filed with the Court pursuant to 11 U.S.C. 350(b).

☐ Debtor has not certified that all domestic support obligations due have been paid.

☑ An Order of Dismissal or an Order Denying/Revoking Discharge was issued by this Court.

Dated: September 7, 2007

/s/_____
Daniel M. LaVille
Clerk of the Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0646-1              User: stewartb              Page 1 of 1              Date Rcvd: Sep 07, 2007
Case: 07-02752                    Form ID: closbkn            Total Served: 7


The following entities were served by first class mail on Sep 09, 2007.
db          +Melvin Ray McGill,    703 Alger SE,    Grand Rapids, MI 49507-3530

The following entities were served by electronic transmission on Sep 07, 2007.
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                                Daniel J. Casamatta,
               Assistant U.S. Trustee,    Office of the U.S. Trustee,    The Law Building,   330 Ionia NW Ste 202,
               Grand Rapids, MI 49503-2549
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                                Dean E. Rietberg,
               Trial Attorney,    Office of the US Trustee,    The Law Building,   330 Ionia NW Ste 202,
               Grand Rapids, MI 49503-2549
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                                Michael V. Maggio,
               Trial Attorney,    Office of the US Trustee,    The Law Building,   330 Ionia NW Ste 202,
               Grand Rapids, MI 49503-2549
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                                Michelle M. Wilson,
               Trial Attorney,    Office of the US Trustee,    The Law Building,   330 Ionia NW Ste 202,
               Grand Rapids, MI 49503-2549
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                                Office of the U.S. Trustee,
               The Law Building,    330 Ionia, N.W.,    Suite 202,   Grand Rapids, MI 49503-2549
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                                Saul Eisen,
               Office of the U. S. Trustee,    The Law Building,    330 Ionia, NW,    Suite 202,
               Grand Rapids, MI 49503-2549
                                                                                                  TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2007**                              Signature:      *Joseph Speetjens*